UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:                                                                                                      CASE NO: 19-80075
      STEVEN A. HAILEY
          Debtor(s)

**MOTION FOR AUTHORITY TO USE INSURANCE PROCEEDS TO REPAIR COLLATERAL**

NOW INTO COURT, through undersigned counsel, comes Steven A. Hailey, Chapter 13 debtor(s) herein, who respectfully submit the following:

1.

Debtor filed for relief under Chapter 13 of the Bankruptcy Code on January 31, 2019.

2.

This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. 157 and 1334. Venue is proper before this Court pursuant to 28 U.S.C. 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. 157(b).

3.

Debtor seek relief pursuant to 11 U.S.C. 363(b).

4.

As reflected on the Schedules and Plan filed in this case, debtor owns a home located at 1252 Highway 1194, Marksville, LA subject to a lien in favor of SN Servicing Corporation previously Nation Star Mortgage LLC (Claim No. 8).

5.

On June 14, 2021 the debtor's home was damaged as a result of a storm, causing damage to the debtor's roof. Shelter Insurance has determined that the loss is covered up to $28,875.90. It appears that Shelter Insurance has tendered a check in the amount of $28,875.90 so that the debtors may make the necessary repairs. A copy of the claim information is attached as Exhibit "A".

6.

Debtor has forwarded the check to SN Servicing Corporation in the amount of $28,875.90 to be endorsed.

7.

The insurance proceeds for damage to the dwelling are property of the estate subject to a lien in favor of SN Servicing Corporation. As such, debtors seek authority to use the insurance proceeds in accordance with 11 U.S.C. 363(b) to make repairs to the collateral.

8.

Debtors will follow the established policy/procedure of the secured creditor in negotiating the check and making the repairs.

9.

Debtor has incurred additional attorney's fees in the sum of $350.00 in connection with preparation, noticing, filing, and hearing of this Motion. The additional attorney's fees should be allowed and paid as an administrative expense and a priority payment.

**WHEREFORE**, debtors pray that they be authorized to use the insurance proceeds related to the damage to their dwelling as described herein to make repairs to the home located at 1252 Highway 1194, Marksville, LA as set forth in Exhibit A and in accordance with the policy/procedure of the secured creditor; and that counsel be awarded additional attorneys fees in the amount of $350.00 in connection with this motion to be paid through the Chapter 13 Trustee as an administrative expense of the case.

**Respectfully Submitted,**

**/s/ L. Laramie Henry**
**L. Laramie Henry (#26333)**
**Attorney at Law**
**P. O. Box 8536**
**Alexandria, LA 71306**