UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:                                                                     CASE NO: 19-80075
     **STEVEN A. HAILEY**
        Debtor(s)

## EX-PARTE MOTION FOR EXPEDITED HEARING

**NOW INTO COURT**, through undersigned counsel, comes the debtor(s) in the captioned bankruptcy case who respectfully moves this Court for an order setting an expedited hearing on the Motion for Authority to Use Insurance Proceeds to Repair Collateral filed in this case by the debtor(s).

1.

Debtor(s) filed a motion in this case seeking Motion for Authority to Use Insurance Proceeds to Repair Collateral. Debtor's roof was damaged during a severe storm that caused a tree to fall on their roof. It has left large hole in the roof. Considering the nature of the damages and the continuous rain experienced lately the debtors seek to begin repairs as soon as possible.

2.

Debtor(s) seeks to set the hearing on the motion on an expedited basis

3.

Counsel provided notice of the request for an expedited hearing to counsel of record for SN Servicing Corporation, but has not received a response as of the time of filing. Counsel has discussed this motion with counsel for the Chapter 13 Trustee and the Chapter 13 Trustee consents to the expedited hearing.

**WHEREFORE**, debtor(s) prays that the hearing on the Motion for Authority to Use Insurance Proceeds to Repair Collateral and Retain Insurance Related to Household Goods be set on an expedited basis for February 4, 2021, at 10:30 a.m., at the U.S. Bankruptcy Courthouse, 300 Jackson Street, Alexandria, Louisiana; that the deadline for filing an objection to the motion

be set for 5:00 p.m. Wednesday, January 27, 2021; and that the order granting this motion provide notice of same.

**Respectfully Submitted,**

**/s/ L. Laramie Henry**
**L. Laramie Henry (#26333)**
**Attorney at Law**
**P. O. Box 8536**
**Alexandria, LA 71306**
**(318) 445-6000**