UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:<br>  HAILEY, STEVEN A | CASE NO: 19-80075<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 7/21/2021, I did cause a copy of the following documents, described below,

Motion and Order

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/21/2021

                                              /s/ L. Laramie Henry
                                              L. Laramie Henry  26333

                                              L. Laramie Henry
                                              P.O. Box 8536
                                              Alexandria, LA  71306
                                              318 445 6000

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:<br><br>HAILEY, STEVEN A | CASE NO: 19-80075<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 7/21/2021, a copy of the following documents, described below,

Motion and Order

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/21/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
L. Laramie Henry
L. Laramie Henry
P.O. Box 8536
Alexandria, LA  71306

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>05361<br>CASE 19-80075<br>WESTERN DISTRICT OF LOUISIANA<br>ALEXANDRIA<br>TUE JUL 20 17-07-12 CDT 2021 | 1ST FRANKLIN FINANCIAL<br>PO BOX 404<br>MARKSVILLE LA 71351-0404 | 1ST FRANKLIN FINANCIAL CORPORATION<br>ATTN ADMINISTRATIVE SERVICES<br>PO BOX 880<br>TOCCOA GA 30577-0880 |
| AVOYELLES PARISH SHERIFF<br>675 GOVERNMENT ST<br>MARKSVILLE LA 71351-2922 | DEAN MORRIS LLP<br>ATTORNEYS AT LAW<br>PO BOX 2867<br>MONROE LA 71207-2867 | DEAN MORRIS LLC<br>CO JASON R SMITH<br>1505 N 19TH STREET<br>MONROE LA 71201-4941 |
| DIRECTV LLC<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 5008<br>CAROL STREAM IL 60197-5008 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | DISCOVER FINANCIAL<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| DEBTOR<br><br>STEVEN A HAILEY<br>1252 HWY 1194<br>MARKSVILLE LA 71351-4439 | EXCLUDE<br><br>L LARAMIE HENRY<br>PO BOX 8536<br>ALEXANDRIA LA 71306-1536 | IRS INSOLVENCY UNIT BKR<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| LOUISIANA DEPARTMENT OF REVENUE<br>PO BOX 66658<br>BATON ROUGE LA 70896-6658 | LOUISIANA DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 66658<br>BATON ROUGE LA 70896-6658 | LOUISIANA DEPARTMENT OF REVENUE AND<br>TAXATION<br>ATTN BANKRUPTCY DIVISION<br>PO BOX 66658<br>BATON ROUGE LA 70896-6658 |
| LOUISIANA DEPT OF PUBLIC SAFETY<br>OFFICE OF MOTOR VEHICLES<br>PO BOX 64886<br>BATON ROUGE LA 70896-4886 | LOUISIANA OFFICE OF DEBT RECOVERY<br>PO BOX 3315<br>BATON ROUGE LA 70821-3315 | MONEY SHACK<br>105 BOLTON AVE<br>ALEXANDRIA LA 71301-7164 |
| NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | NATIONSTAR MORTGAGE LLC DBA MR COOPER<br>DEAN MORRIS LLC<br>CO JASON R SMITH<br>1505 N 19TH STREET<br>MONROE LA 71201-4941 | ONEMAIN<br>PO BOX 3251<br>EVANSVILLE IN 47731-3251 |
| OFFICE OF DISTICT COUNSEL<br>INTERNAL REVENUE SERVICE<br>PO BOX 30509<br>NEW ORLEANS LA 70190-0509 | ONEMAIN FINANCIAL<br>ATTN BANKRUPTCY<br>601 NW 2ND STREET<br>EVANSVILLE IN 47708-1013 | ONEMAIN FINANCIAL<br>PO BOX 3251<br>EVANSVILLE IN 47731-3251 |
| ONEMAIN FINANCIAL GROUP LLC<br>ROGERS CARTER PAYNE LLC<br>4415 THORNHILL AVE<br>SHREVEPORT LA 71106-1553 | ONEMAIN FINANCIAL GROUP LLC 7004<br>CO C T CORPORATION SYSTEM<br>3867 PLAZA TOWER DR<br>BATON ROUGE LA 70816-4378 | KEVIN J PAYNE<br>4415 THORNHILL AVENUE<br>SHREVEPORT LA 71106-1553 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
                                        CANADA
RAPITAL CAPITAL                         RAPITAL CAPITAL                         MATTHEW RESOR
40 E MAIN ST SUITE 508R                 PO BOX 1329                             JACKSON  MCPHERSON LLC
NEWARK DE 19711-4639                    KAHNAWAKE QUEBEC J0L 1B0                935 GRAVIER STREET SUITE 1400
                                        PO BOX 1329                             NEW ORLEANS LA 70112-1678
                                        KAHNAWAKE QC J0L1B0



SN SERVICING CORPORATION                SN SERVICING CORPORATION                SETERUS INC
323 FIFTH ST                            CO JACKSON  MCPHERSON LLC               PO BOX 619096
EUREKA CA 95501-0305                    935 GRAVIER STREET SUITE 1400           DALLAS TX 75261-9096
                                        NEW ORLEANS LA 70112-1678




SETERUS INC                             SETERUS INC AS AUTHORIZED SUBSERVICER   JASON R SMITH
CO JASON R SMITH                        FOR                                     HUDSON POTTS  BERNSTEIN LLP
1505 NORTH 19TH STREET                  DEAN MORRIS LLC                         1800 HUDSON LANE SUITE 300
MONROE LA 71201-4941                    CO JASON R SMITH                        MONROE LA 71201-5748
                                        1505 N 19TH STREET
                                        MONROE LA 71201-4941



STATE OF LOUISIANA DEPARTMENT OF LABOR  JON C THORNBURG                         OFFICE OF U S TRUSTEE
DELINQUENT ACCOUNTS UNITUI TECH SUPPORT CH 13 TRUSTEE                           300 FANNIN ST SUITE 3196
1001 NORTH 23RD STREET ROOM 322         PO BOX 11877                            SHREVEPORT LA 71101-3122
BATON ROUGE LA 70802-3338               ALEXANDRIA LA 71315-1877




US BANK TRUST NATIONAL ASSOCIATION AS   US ATTORNEYS OFFICE                     VERIZON WIRELESS
TRUSTEE OF THE IGLOO SERIES IV TRUST    WESTERN DISTRICT OF LOUISIANA           ATTN VERIZON WIRELESS BANKRUPTCY ADMIN
SN SERVICING CORPORATION                300 FANNIN STREET SUITE 3201            500 TECHNOLOGY DR STE 550
323 5TH STREET                          SHREVEPORT LA 71101-3068                WELDON SPRING MO 63304-2225
EUREKA CA 95501-0305



VERNELL M HAILEY                        WELLS FARGO BANK NA                     WELLS FARGO EDUCATION FNCL SRVS
1252 HWY 1194                           WELLS FARGO EDUCATION FINANCIAL         ATTN BANKRUPTCY
MARKSVILLE LA 71351-4439                SERVICES                                PO BOX 5185
                                        PO BOX 10438 MAC F8235-02F              SIOUX FALLS SD 57117-5185
                                        DES MOINES IA 50306-0438
```

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

(U.S. Trustee)
Office of U. S. Trustee
300 Fannin St., Suite 3196
Shreveport, LA 71101

USTPRegion05.SH.ECF@usdoj.gov

(Trustee)
Jon C. Thornburg
Ch. 13 Trustee
PO Box 11877
Alexandria, LA 71315

ch13alex@ch13alex.com

(Creditor)
Seterus, Inc., as authorized subservicer for Federal National Mortgage Association (Fannie Mae), a corporation organized and existing under the Laws of The United States of America
Dean Morris, LLC
C/O Jason R. Smith
1505 N. 19th Street
Monroe, LA 71201
represented by:
Jason R. Smith
Hudson, Potts & Bernstein, LLP
1800 Hudson Lane, Suite 300
Monroe, LA 71210

jsmith@hpblaw.com

(Creditor)
SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501
Tax ID / EIN: 72-1299528
represented by:
Matthew Resor
Jackson & McPherson, LLC
935 Gravier Street, Suite 1400
New Orleans, LA 70112

mresor@jacksonmcpherson.com

(Creditor)
OneMain Financial Group, LLC
Rogers, Carter & Payne, LLC
4415 Thornhill Ave.
Shreveport, LA 71106
318861111
represented by:
Kevin J. Payne
4415 Thornhill Avenue
Shreveport, LA 71106

bknotice@rogerscarterlaw.com

(Creditor)
Nationstar Mortgage LLC d/b/a Mr. Cooper
Dean Morris, LLC
C/O Jason R. Smith
1505 N. 19th Street
Monroe, LA 71201
represented by:
Jason R. Smith
Hudson, Potts & Bernstein, LLP
1800 Hudson Lane, Suite 300
Monroe, LA 71210

jsmith@hpblaw.com

(Creditor)
Louisiana Department of Revenue
P.O. Box 66658
Baton Rouge, LA 70896

(Debtor)
Steven A. Hailey
1252 Hwy. 1194
Marksville, LA 71351
represented by:
L. Laramie Henry
P.O. Box 8536
Alexandria, LA 71306

laramie@henry-law.com